[No. 8005-9-I. Division One. February 17, 1981.]

WILLIAM T. GRIMM, ET AL, *Appellants*, v. JOHNNY OLIVER OLSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 848801, Frank D. Howard, J., entered August 30, 1979. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 8064-4-I. Division One. February 17, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. NICK EDWARD WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90699, Warren Chan, J., entered October 1, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 6323-5-I. Division One. February 17, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ANDRE TOUSSAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83557, Horton Smith, J., entered February 15, 1978. *Reversed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Andersen, J.